UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KISHA WEBB, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-2562-X |
| | § | |
| TARGET, TARGET CORPORATION, | § | |
| TARGET STORE # 2334, | § | |
| | § | |
| *Defendants*. | § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is the Parties' Agreed Motion to Remand (the Motion). (Doc. 19). Having considered the Motion, Plaintiff Webb's Stipulation Regarding Damages (Doc. 18), and the applicable law, the Court **GRANTS** the motion. The amount in controversy does not exceed $75,000, exclusive of interest and costs,[1] and thus, the Court lacks subject-matter jurisdiction under 28 U.S.C. § 1332(a). The Court therefore **REMANDS** this case to the 95th Judicial District Court of Dallas County, Texas, under 28 U.S.C. § 1447(c). The Court **FURTHER ORDERS** that each party shall bear its own costs and attorney's fees. The Court **DIRECTS** the Clerk of Court to mail a certified copy of this Order to the District Clerk of Dallas County, Texas, and to close this case.

**IT IS SO ORDERED** this 29th day of October, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

[1] *See* Doc. 18 at 1 (stipulating that Webb seeks no more than $70,000 in total damages).